**Kenneth Darniel SWEETING,
Plaintiff–Appellant,**

v.

**Head Doctor MILLER, Wallens Ridge State Prison; Mr. Holloway, Warden, Wallens Ridge State Prison; Harold Clarke, DOC Regional Director; Fred Schilling, Director of Health Services, Defendants–Appellees.**

No. 15–7374

United States Court of Appeals, Fourth Circuit.

Submitted: April 29, 2016

Decided: June 15, 2016

Kenneth Darniel Sweeting, Appellant Pro Se. Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia, for Appellee Doctor Miller.

Before KING, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Darniel Sweeting appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sweeting v. Miller, No. 7:14–cv–00187–NKM–RSB, 2015 WL 4773276 (W.D.Va. Aug. 12, 2015). We deny Sweeting's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED.